■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD HORTON, Appellant. [700 NYS2d 696] —Judgment, Supreme Court, Bronx County (Robert Straus, J.), rendered January 23, 1996, convicting defendant, after a jury trial, of two counts of rape in the first degree and two counts of sodomy in the first degree, and sentencing him to four concurrent terms of 4 to 12 years, unanimously affirmed.

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility.

We perceive no abuse of sentencing discretion. Concur—
Nardelli, J. P., Tom, Lerner, Rubin and Saxe, JJ.